# Court of Appeals
# of the State of Georgia

ATLANTA,    April 25, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1309.  EBOU TOURAY v. GREGORY D. DABNEY.**

On October 18, 2010, the trial court granted Gregory D. Dabney's motion for summary judgment in his suit against Ebou Touray.  Touray filed a notice of appeal from this ruling on November 23, 2010.[1]  To be timely, however, a notice of appeal must be filed within 30 days of entry of the order on appeal.  See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Here, the notice of appeal was filed 36 days after entry of the trial court's order granting summary judgment.  We therefore lack jurisdiction to entertain the appeal, which is DISMISSED.





Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 04/25/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] According to the notice of appeal, Touray was appealing from a motion for new trial that was overruled on November 17, 2010.  The record, however, contains neither a motion for new trial nor a ruling on such motion.